PROB 22
(Rev. 1/2001)

| | | |
|---|---|---|
| **TRANSFER OF JURISDICTION** | Docket Number (Tran. Court) 2:06cr13-01 | |
| | Docket Number (Rec. Court) CR-22-11-BLG-SPW | |

| | District: North Dakota | Division: Fargo | |
|---|---|---|---|
| James Russell Jackson Montana | Sentencing Judge: | The Honorable Ralph R. Erickson | |
| | Supervision Dates: | From: 5/5/2021 | To: Life |

| Offense: | Count 1: Distribution of Materials Involving the Sexual Exploitation of Minors, in violation of 18 U.S.C. 2252(a)(2) and 2252(b)(1) <br> Count 2: Possession of Materials Involving the Exploitation of Minors, in violation of 18 U.S.C. 2252(a)(4)(B) and 2252(b)(2) |
|---|---|

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NORTH DAKOTA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above, be transferred with the records of the Court to the United States District Court for the District of Montana upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

01/21/2022
_____
Date

_____
The Honorable Peter D. Welte
Chief United States District Court Judge

\* This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer-supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1-21-2022
_____
Effective Date

_____
United States District Court Judge